IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:14CR71-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | O R D E R |
| ) | |
| v. ) | |
| ) | |
| SHANNON MARIE WILLIAMS GREENE ) | |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant SHANNON MARIE WILLIAMS GREENE in the Bill of Information in the above-captioned case.

It is hereby ordered that the motion be **GRANTED** and the charges against Defendant SHANNON MARIE WILLIAMS GREENE in the above-captioned Bill of Information be dismissed without prejudice.

Signed: August 4, 2015

Richard L. Voorhees
United States District Judge